IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENT JACKSON RHOADES and RAYMOND JAMES FINANICAL SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO ADVISORS, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) Miscellaneous Action No. 23-115-CFC ) ) ) ) ) |

## ORDER

WHEREAS the above-captioned case was filed as a miscellaneous action instead of a civil action;

WHEREAS, the Court currently requires Petitions to Vacate Arbitration Awards to be filed as civil actions;

IT IS HEREBY ORDERED this 6th day of November 2023, that the Clerk of Court shall convert Miscellaneous Action 23-115-CFC into a Civil Action using the next available civil action number. The Court will accept the $49.00 miscellaneous filing fee previously received in this action and Plaintiffs shall not be required to pay the $402.00 civil action filing fee due to the filing date.

_____
Chief Judge